IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKY PAUL SMITH,

    Plaintiff,

  v.

NURSE LOIS; ENGELSTAD, W.; DEMICHIEL, K.; and KEFFER, K.,

    Defendants.

No. C 07-2172 WHA (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. The defendants are employees of the Contra Costa Jail, where plaintiff previously was held. In the initial review order the Court dismissed plaintiff's harassment claim without leave to amend and dismissed his medical care claim with leave to amend, saying that it was conclusory and thus did not provide facts sufficient to state a "plausible" claim. *See Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955, 1986-87 (2007). Plaintiff has amended.

In his amendment plaintiff says only that the defendants acted with deliberate indifference "after x-rays were taken." This specification of *when* the deliberate indifference occurred is not sufficient to state a plausible claim in the absence of an allegation as to what the serious medical need actually was and an allegation of what the defendants actually did or did not do. The case therefore is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December   12  , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\SMITH2172.DSM.wpd